# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                                                          PLAINTIFF

V.                          5:14CV00031 JLH/JTR

CATOE, Sergeant; and
TAYLOR, Correctional Officer,
Tucker Maximum Security Unit, ADC                                                DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (*doc. 23*) is DENIED, AS MOOT. Defendants' Response (*doc. 28*) indicates that Defendants have served Plaintiff with responses to his April 17, 2014 Interrogatories.

IT IS SO ORDERED this 11th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE