### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHARLES ASHFORD,                                                                                           PLAINTIFF
ADC #133975

v.                                       No. 5:14CV00031 JLH/JTR

CATOE, Sergeant; and
TAYLOR, Correctional Officer,
Tucker Maximum Security Unit, ADC                                                                     DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motions for preliminary injunction are DENIED. Documents #13 and #19.

2. Medical personnel at Tucker Max shall immediately give plaintiff a complete physical examination, photograph any injuries or evidence of scars etc., related to any injuries consistent with those described in plaintiff's amended complaint, and prepare a report noting in detail the results of their physical examination.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 27th day of June, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE