### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHARLES ASHFORD,                                                                                    PLAINTIFF
ADC #133975

v.                                    No.  5:14CV00031 JLH/JTR

JAMES CATOE, Sergeant; and
KEITH TAYLOR, Correctional Officer,
Tucker Maximum Security Unit, ADC                                                      DEFENDANTS

### ORDER

The Court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Ashford's motion for a preliminary injunction is denied.  Document #31.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 29th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE