# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES ASHFORD,                                                                                          PLAINTIFF
ADC #133975

v.                                           NO. 5:14CV00031 JLH/JTR

JAMES CATOE, Sergeant; and
KEITH TAYLOR, Correctional Officer,
Tucker Maximum Security Unit,
Arkansas Department of Correction                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order and Opinion entered separately today, judgment is entered in favor of defendants, and this case is dismissed with prejudice. The action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 25th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE